IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL HERRERA COLINDRES, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:26-CV-00049 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ALEXANDER SANCHEZ, in his official capacity as Warden of the IAH Secure Adult Detention Facility; BRET BRADFORD, in his official capacity as Field Office Director of ICE Enforcement and Removal Operations Houston Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAM BONDI, in her official capacity as Attorney General of the United States, | § § § § § § § § | |
| | § | |
| *Respondents*. | § | |

## ORDER CLOSING CASE

Before the Court is Petitioner Michael Herrera Colindres's Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court reviewed the Petition and found it to be in violation of Local Rule CV-65. The Court subsequently ordered that Petitioner file an Amended Petition, and additional motions as necessary, curing the defect(s) within three (3) days. The Court warned Petitioner that failure could result in the action's dismissal without prejudice.

Petitioner has failed to file documents curing the defects. The Fifth Circuit has recognized a district court's discretion to dismiss a case without prejudice for failure to follow a court order. *See Copeland v. Nevarez*, 2025 WL 3241563 (5th Cir. Nov. 20, 2025). Accordingly, the Court hereby **ORDERS** this action **DISMISSED** without prejudice. The Clerk is also **ORDERED** to close this case.

**SIGNED this 9th day of February, 2026.**

Michael J. Truncale
United States District Judge